**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIM NO.** _____ |
| | : | |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. §§ 207(a)(1), 216(a)(1) |
| **WARREN W. BUCKINGHAM,** | : | (Conflict of Interest) |
| | : | |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney hereby charges that:

### COUNT ONE

From in or around August 2015 through in or around September 2015, in the District of Columbia and elsewhere, the defendant WARREN W. BUCKINGHAM, being a former officer and employee of the executive branch of the United States, that is Director of the Office of Global Health and HIV at the Peace Corps, knowingly and willfully made, with the intent to influence, a communication to and appearance before the Peace Corps of the United States, on behalf of another person, in connection with a particular matter in which the United States was a party and had a direct and substantial interest, in which Defendant participated personally and substantially as an officer and employee, and which involved a specific party or parties at the time of Defendant's participation.

**(Conflict of Interest, in Violation of Title 18, United States Code**
**Sections 207(a)(1) and 216(a)(1))**

JESSIE K. LIU
United States Attorney

By: /s/ John Marston
JOHN MARSTON
Bar No. DC - 493012
Assistant United States Attorney
555 4th Street, N.W., Room 5239
Washington, DC 20530
202-252-6886
John.Marston@usdoj.gov